EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Integración de Salas de Verano | 2020 TSPR 49<br><br>204 DPR _____ |

Número del Caso:  ES-2020-01

Fecha:  16 de junio de 2020

Materia:  Integración de Salas de Verano.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS DE VERANO          ES-2020-01

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de junio de 2020.

De conformidad con la Regla 4(d) del Reglamento de este Tribunal, 4 LPRA Ap. XXI-B, culminada la presente sesión, se constituyen las siguientes salas para funcionar durante el receso de verano:

Del 1 de julio al 31 de julio de 2020:

Hon. Maite D. Oronoz Rodríguez, Presidenta
Hon. Anabelle Rodríguez Rodríguez
Hon. Mildred G. Pabón Charneco

Del 1 de agosto al 31 de agosto de 2020:

Hon. Rafael L. Martínez Torres, Presidente
Hon. Edgardo Rivera García
Hon. Roberto Feliberti Cintrón

Del 1 de septiembre al 30 de septiembre de 2020:

Hon. Erick V. Kolthoff Caraballo, Presidente
Hon. Luis F. Estrella Martínez
Hon. Ángel Colón Pérez

De ser necesario sustituir a algún juez o jueza que no intervenga en algún asunto, se seguirá el procedimiento establecido en la Regla 4(b) del Reglamento del Tribunal Supremo.

El Tribunal continuará certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo